**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH DAKOTA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **AXCESS GLOBAL SCIENCES, LLC,** | § | |
| | § | **CASE NO:** 4:22-CV-4080 |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **JURY DEMANDED** |
| **TOP NOTCH NUTRITION INC.** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

**PLAINTIFF AXCESS GLOBAL SCIENCES, LLC ORIGINAL COMPLAINT**

Plaintiff, Axcess Global Sciences, LLC, hereby complains and alleges as follows against Defendant Top Notch Nutrition Inc.:

**THE PARTIES**

1. Plaintiff, Axcess Global Sciences, LLC, is a Utah limited liability company with a principal place of business at 2157 Lincoln Street, Salt Lake City, UT 84106 (hereinafter "AGS" or "Plaintiff").

2. Defendant, Top Notch Nutrition Inc., is a South Dakota corporation with a principal place of business at 650 Enchanted Pines Drive., Rapid City, South Dakota 57701 (hereinafter "Top Notch" or "Defendant").

3. Defendant Top Notch, upon information and belief, does business within the State of South Dakota, is engaged in continuous and systematic business within the District of South Dakota, conducts and solicits business within this judicial district, and derives substantial revenue from the sales of its products and/or services within this judicial district. Upon information and

belief, Top Notch has sold and has made offers for sale of products that infringe, contributorily infringe, and/or induce infringement by others as hereinafter stated in South Dakota and within this judicial district.

**JURISDICTION**

4. This matter arises under the patent laws of the United States, Title 35 United States Code, §§1 *et seq*.

5. This Court has personal jurisdiction over Defendant as Defendant maintains a principal place of business in this judicial district, has committed and continues to commit acts of infringement in violation of 35 U.S.C. § 271 in this judicial district, and because Defendant places infringing products into the stream of commerce with the knowledge or understanding that such products are sold in the State of South Dakota and in this judicial district. In addition, the acts by Defendant cause substantial injury to Plaintiff in this judicial district. On information and belief, Defendant derives substantial revenue from its sale of infringing products within this judicial district, expects its actions to have consequences within this judicial district, and derives substantial revenue from interstate and international commerce directed to and from this judicial district. In addition, Defendant has taken advantage of the privilege of doing business in this judicial district.

6. This Court has subject matter jurisdiction under 28 U.S.C. § 1331 (federal question) and 28 U.S.C. § 1338(a) (any Act of Congress relating to patents or trademarks).

7. Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391 and 1400. Defendant is a registered limited liability company in this judicial district and Defendant is subject to personal jurisdiction in this State. On information and belief, a substantial part of the events

giving rise to the claims occurred in this judicial district, including Defendant's sale of its infringing products in this judicial district and/or shipping of products into this judicial district.

## BACKGROUND

8. Plaintiff AGS is an innovator in the field of exogenous ketones and ketogenic precursor supplement products. These products aid the body in producing and sustaining elevated levels of ketone bodies in the blood and assist in the body's transition into nutritional ketosis. Among the Plaintiff's innovations are the inventions claimed in U.S. Patent No. 11,020,362 (the "'362 Patent") and U.S. Patent No. 11,241,403 (the "'403 Patent") which are attached as Exhibits A and B, respectively (collectively the "Asserted Patents"). The Asserted Patents describe and claim compositions for increasing blood ketone levels using various compositions of beta-hydroxybutyrate salts. The claimed compositions are useful in inducing and sustaining a state of nutritional ketosis. Ketosis is defined in the Asserted Patents as follows:

> "Ketosis" as used herein refers to a subject having blood ketone levels within the range of about 0.5 mmol/L and about 16 mmol/L in a subject. Ketosis may improve mitochondrial function, decrease reactive oxygen species production, reduce inflammation and increase the activity of neurotrophic factors.

'362 Patent, at 6:13-21; '403 Patent, at 6:13-18. Products that practice the inventions claimed in the Asserted Patents are sometimes referred to as "keto supplements."

9. Defendant sells its own keto supplement product on its website https://topnotchnutrition.com/, the Keto Magic exogenous ketone supplement shown below:




https://topnotchnutrition.com/products/keto-magic

10. Defendant has also sold its Keto Magic supplement on other third-party websites, including https://www.walmart.com/, as exemplified below:




https://www.walmart.com/ip/Keto-Magic-Activated-Exogenous-Ketone-Supplement-Powered-Patent-Pending-Blend-KETOBA-BHBs-BA-Achieve-Stay-Ketosis-Ketogenesis-Feel-Energized-Empowere/961084876

11. Defendant describes the benefits of its keto supplement product, and specifically, how its product "supports ketosis" and will help a consumer "reach ketosis in 15 minutes!":







https://topnotchnutrition.com/products/keto-magic

12. Defendant advertises that its Keto Magic supplement product includes the following ingredients:

**Supplement Facts**

Serving Size : 1 Stick Pack ( 8.0 g )
Servings Per Container : 15

| | Amount Per Serving | % Daily Value** |
|---|---|---|
| Calories | 25 | |
| Calories from Fat | 10 | |
| Total Fat | 1g | 1% |
| Total Carbohydrate | < 1g | < 1% |
| | | |
| Calcium | 350mg | 7% |
| Magnesium | 200mg | 95% |
| Sodium | 320mg | 7% |
| Potassium | 70 mg | 2% |
| KetoBHBA™ | 6031mg | * |
| ß-hydroxybutyrate-butyrate salt complex | | * |
| Green Tea Leaf Extract (50 mg Caffeine) | | * |

** Percent Daily Values are based on a 2,000 calorie diet.
* Daily Value (DV) not established

OTHER INGREDIENTS: Natural Grape Juice Extract, Natural Flavor, Malic Acid, Stevia Leaf Extract, Citric Acid, Natural Grapeskin (color), Silicon Dioxide

https://topnotchnutrition.com/products/keto-magic

**COUNT I – INFRINGEMENT OF U.S. PATENT NO. 11,020,362**

13. Plaintiff incorporates all of the allegations of the preceding paragraphs as if fully set forth herein.

14. On June 1, 2021, the ’362 Patent, titled “Beta-hydroxybutyrate mixed salt compositions and methods of use” was duly and legally issued. A true and correct copy of the ’362 Patent is attached as Exhibit A.

15. AGS is the owner of the ’362 Patent.

16. Defendant Top Notch makes, uses, offers for sale, sells, and distributes the Keto Magic exogenous ketone supplement product that practices the invention of the ’362 Patent (the “Accused Product”).

17. Exemplary claim 1 of the ’362 Patent is reproduced below:

> 1. A composition for increasing blood ketone level in a subject, comprising:
>
> at least three beta-hydroxybutyrate salts selected from:
>
> sodium beta-hydroxybutyrate;
>
> potassium beta-hydroxybutyrate;
>
> calcium beta-hydroxybutyrate; and
>
> magnesium beta-hydroxybutyrate;
>
> wherein the composition is in solid and/or powder form,
>
> wherein the composition is free of medium chain fatty acids having 6 to 12 carbons and glycerides or other esters thereof.

’362 Patent, claim 1.

18. The Accused Product infringes at least claim 1 of the ’362 Patent in the exemplary manner described below.

19. To the extent the preamble of claim 1 is limiting, the Accused Product meets the preamble of claim 1 as set forth below:

> 1. **A composition for increasing blood ketone level in a subject, comprising:**
>
> at least three beta-hydroxybutyrate salts selected from:
>
> sodium beta-hydroxybutyrate;

potassium beta-hydroxybutyrate;

calcium beta-hydroxybutyrate; and

magnesium beta-hydroxybutyrate;

wherein the composition is in solid and/or powder form,

wherein the composition is free of medium chain fatty acids having 6 to 12 carbons and glycerides or other esters thereof.

’362 Patent, claim 1.

## FAQ's

Does Keto Magic break your fast?

**No, Keto Magic only contains 20-25 calories & it actually increases ketone production. Keto Magic is perfect for extending your fast or using as pre-workout while fasting for performance, hydration & muscle preservation.**

https://topnotchnutrition.com/products/keto-magic

20. The Accused Product further meets the limitations of claim 1 as set forth below:

1. A composition for increasing blood ketone level in a subject, comprising:

**at least three beta-hydroxybutyrate salts selected from:**

**sodium beta-hydroxybutyrate;**

**potassium beta-hydroxybutyrate;**

**calcium beta-hydroxybutyrate; and**

**magnesium beta-hydroxybutyrate;**

wherein the composition is in solid and/or powder form,

wherein the composition is free of medium chain fatty acids having 6 to

12 carbons and glycerides or other esters thereof.

’362 Patent, claim 1.

# Supplement Facts

Serving Size : 1 Stick Pack ( 8.0 g )
Servings Per Container : 15

| | Amount Per Serving | % Daily Value** |
|---|---|---|
| Calories | 25 | |
| Calories from Fat | 10 | |
| Total Fat | 1g | 1% |
| Total Carbohydrate | <1g | < 1% |
| | | |
| Calcium | 350mg | 7% |
| Magnesium | 200mg | 95% |
| Sodium | 320mg | 7% |
| Potassium | 70 mg | 2% |
| KetoBHBA™ | 6031mg | * |
| ß-hydroxybutyrate-butyrate salt complex | | * |
| Green Tea Leaf Extract (50 mg Caffeine) | | * |

** Percent Daily Values are based on a 2,000 calorie diet.
* Daily Value (DV) not established

OTHER INGREDIENTS: Natural Grape Juice Extract, Natural Flavor, Malic Acid, Stevia Leaf Extract, Citric Acid, Natural Grapeskin (color), Silicon Dioxide

https://topnotchnutrition.com/products/keto-magic

21. The Accused Product further meets the limitations of claim 1 as set forth below:

1. A composition for increasing blood ketone level in a subject, comprising:

at least three beta-hydroxybutyrate salts selected from:

sodium beta-hydroxybutyrate;

potassium beta-hydroxybutyrate;

calcium beta-hydroxybutyrate; and

magnesium beta-hydroxybutyrate;

**wherein the composition is in solid and/or powder form,**

wherein the composition is free of medium chain fatty acids having 6 to 12 carbons and glycerides or other esters thereof.

’362 Patent, claim 1.




https://www.facebook.com/livetopnotch/videos/keto-magic-/171266970444627/

22. The Accused Product further meets the limitations of claim 1 as set forth below:

> 1. A composition for increasing blood ketone level in a subject, comprising:
>
> at least three beta-hydroxybutyrate salts selected from:
>
> sodium beta-hydroxybutyrate;
>
> potassium beta-hydroxybutyrate;
>
> calcium beta-hydroxybutyrate; and
>
> magnesium beta-hydroxybutyrate;
>
> wherein the composition is in solid and/or powder form,
>
> **wherein the composition is free of medium chain fatty acids having 6 to 12 carbons and glycerides or other esters thereof.**

'362 Patent, claim 1.

**Supplement Facts**

Serving Size : 1 Stick Pack ( 8.0 g )
Servings Per Container : 15

| | Amount Per Serving | % Daily Value** |
|---|---|---|
| Calories | 25 | |
| Calories from Fat | 10 | |
| Total Fat | 1g | 1% |
| Total Carbohydrate | < 1g | < 1% |
| | | |
| Calcium | 350mg | 7% |
| Magnesium | 200mg | 95% |
| Sodium | 320mg | 7% |
| Potassium | 70 mg | 2% |
| KetoBHBA™ | 6031mg | * |
| ß-hydroxybutyrate-butyrate salt complex | | * |
| Green Tea Leaf Extract (50 mg Caffeine) | | * |

** Percent Daily Values are based on a 2,000 calorie diet.
* Daily Value (DV) not established

OTHER INGREDIENTS: Natural Grape Juice Extract, Natural Flavor, Malic Acid, Stevia Leaf Extract, Citric Acid, Natural Grapeskin (color), Silicon Dioxide

https://topnotchnutrition.com/products/keto-magic

23. Defendant has directly infringed at least claim 1 of the ’362 Patent in the United States by making, using, offering for sale, selling, and/or importing the Accused Product in violation of 35 U.S.C. § 271(a). As such, Defendant is liable for infringement of the ’362 Patent under 35 U.S.C. § 271(a).

24. Defendant is on notice of its direct and indirect infringement of the ’362 Patent, having received written notice of their infringement from AGS regarding their infringement of the ’362 Patent.

25. Defendant’s acts of infringement have caused damage to Plaintiff. Plaintiff is therefore entitled to recover damages sustained as a result of Defendant’s wrongful acts in an amount that is to be proven at trial.

26. Defendant has willfully infringed the ’362 Patent with knowledge of the ’362 Patent or was willfully blind to the ’362 Patent and the risk of the Defendant’s infringement.

**<u>COUNT II – INFRINGEMENT OF U.S. PATENT NO. 11,241,403</u>**

27. Plaintiff incorporates all of the allegations of the preceding paragraphs as if fully set forth herein.

28. On February 8, 2022, the ’403 Patent, titled “Beta-hydroxybutyrate mixed salt compositions and methods of use” was duly and legally issued. A true and correct copy of the ‘403 Patent is attached as Exhibit B.

29. AGS is the owner of the ’403 Patent.

30. Defendant Top Notch makes, uses, offers for sale, sells, and distributes the Accused Product which practices the invention of the ’403 Patent.

31. Exemplary claim 13 of the '403 Patent is reproduced below:

> 13. A composition for increasing blood ketone level in a subject, comprising:
>
> at least one beta-hydroxybutyrate salts selected from:
>
> calcium beta-hydroxybutyrate; and
>
> magnesium beta-hydroxybutyrate; and
>
> at least one other beta-hydroxybutyrate salt selected from:
>
> sodium beta-hydroxybutyrate;
>
> potassium beta-hydroxybutyrate;
>
> calcium beta-hydroxybutyrate;
>
> magnesium beta-hydroxybutyrate; and
>
> amino acid salts of beta-hydroxybutyrate,
>
> wherein the composition comprises a greater total weight of calcium and magnesium beta-hydroxybutyrate salts than a total weight of sodium and potassium beta-hydroxybutyrate salts,
>
> wherein the composition is free of medium chain fatty acids having 6 to 12 carbons and glycerides or other esters thereof.

'403 Patent, claim 13.

32. The Accused Product infringes at least claim 13 of the '403 Patent in the exemplary manner described below.

33. To the extent the preamble of claim 13 is limiting, the Accused Product meets the preamble of claim 13 as set forth below:

> 13. **A composition for increasing blood ketone level in a subject, comprising**:
>
> at least one beta-hydroxybutyrate salts selected from:

calcium beta-hydroxybutyrate; and

magnesium beta-hydroxybutyrate; and

at least one other beta-hydroxybutyrate salt selected from:

sodium beta-hydroxybutyrate;

potassium beta-hydroxybutyrate;

calcium beta-hydroxybutyrate;

magnesium beta-hydroxybutyrate; and

amino acid salts of beta-hydroxybutyrate,

wherein the composition comprises a greater total weight of calcium and magnesium beta-hydroxybutyrate salts than a total weight of sodium and potassium beta-hydroxybutyrate salts,

wherein the composition is free of medium chain fatty acids having 6 to 12 carbons and glycerides or other esters thereof.

’403 Patent, claim 13.




34. The Accused Product further meets the limitations of claim 13 as set forth below:

13. A composition for increasing blood ketone level in a subject, comprising:

**at least one beta-hydroxybutyrate salts selected from:**

**calcium beta-hydroxybutyrate; and**

**magnesium beta-hydroxybutyrate; and**

**at least one other beta-hydroxybutyrate salt selected from:**

**sodium beta-hydroxybutyrate;**

**potassium beta-hydroxybutyrate;**

**calcium beta-hydroxybutyrate;**

**magnesium beta-hydroxybutyrate; and**

**amino acid salts of beta-hydroxybutyrate**,

wherein the composition comprises a greater total weight of calcium and magnesium beta-hydroxybutyrate salts than a total weight of sodium and potassium beta-hydroxybutyrate salts,

wherein the composition is free of medium chain fatty acids having 6 to 12 carbons and glycerides or other esters thereof.

’403 Patent, claim 13.

**Supplement Facts**

Serving Size : 1 Stick Pack ( 8.0 g )
Servings Per Container : 15

| | Amount Per Serving | % Daily Value** |
|---|---|---|
| Calories | 25 | |
| Calories from Fat | 10 | |
| Total Fat | 1g | 1% |
| Total Carbohydrate | < 1g | < 1% |
| | | |
| Calcium | 350mg | 7% |
| Magnesium | 200mg | 95% |
| Sodium | 320mg | 7% |
| Potassium | 70 mg | 2% |
| KetoBHBA™ | 6031mg | * |
| ß-hydroxybutyrate-butyrate salt complex | | * |
| Green Tea Leaf Extract (50 mg Caffeine) | | * |

** Percent Daily Values are based on a 2,000 calorie diet.
* Daily Value (DV) not established

OTHER INGREDIENTS: Natural Grape Juice Extract, Natural Flavor, Malic Acid, Stevia Leaf Extract, Citric Acid, Natural Grapeskin (color), Silicon Dioxide

35. The Accused Product further meets the limitations of claim 13 as set forth below:

> 13. A composition for increasing blood ketone level in a subject, comprising:
>
> at least one beta-hydroxybutyrate salts selected from:
>
> calcium beta-hydroxybutyrate; and
>
> magnesium beta-hydroxybutyrate; and
>
> at least one other beta-hydroxybutyrate salt selected from:
>
> sodium beta-hydroxybutyrate;

potassium beta-hydroxybutyrate;

calcium beta-hydroxybutyrate;

magnesium beta-hydroxybutyrate; and

amino acid salts of beta-hydroxybutyrate,

**wherein the composition comprises a greater total weight of calcium and magnesium beta-hydroxybutyrate salts than a total weight of sodium and potassium beta-hydroxybutyrate salts**,

wherein the composition is free of medium chain fatty acids having 6 to 12 carbons and glycerides or other esters thereof.

'403 Patent, claim 13.

**Supplement Facts**

Serving Size : 1 Stick Pack ( 8.0 g )
Servings Per Container : 15

| | Amount Per Serving | % Daily Value** |
|---|---|---|
| Calories | 25 | |
| Calories from Fat | 10 | |
| Total Fat | 1g | 1% |
| Total Carbohydrate | < 1g | < 1% |
| Calcium | 350mg | 7% |
| Magnesium | 200mg | 95% |
| Sodium | 320mg | 7% |
| Potassium | 70 mg | 2% |
| KetoBHBA™ | 6031mg | * |
| ß-hydroxybutyrate-butyrate salt complex | | * |
| Green Tea Leaf Extract (50 mg Caffeine) | | * |

** Percent Daily Values are based on a 2,000 calorie diet.
* Daily Value (DV) not established

OTHER INGREDIENTS: Natural Grape Juice Extract, Natural Flavor, Malic Acid, Stevia Leaf Extract, Citric Acid, Natural Grapeskin (color), Silicon Dioxide

36. The Accused Product further meets the limitations of claim 13 as set forth below:

13. A composition for increasing blood ketone level in a subject, comprising:

at least one beta-hydroxybutyrate salts selected from:

calcium beta-hydroxybutyrate; and

magnesium beta-hydroxybutyrate; and

at least one other beta-hydroxybutyrate salt selected from:

sodium beta-hydroxybutyrate;

potassium beta-hydroxybutyrate;

calcium beta-hydroxybutyrate;

magnesium beta-hydroxybutyrate; and

amino acid salts of beta-hydroxybutyrate,

wherein the composition comprises a greater total weight of calcium and magnesium beta-hydroxybutyrate salts than a total weight of sodium and potassium beta-hydroxybutyrate salts,

**wherein the composition is free of medium chain fatty acids having 6 to 12 carbons and glycerides or other esters thereof**.

’403 Patent, claim 13.

# Supplement Facts

Serving Size : 1 Stick Pack ( 8.0 g )
Servings Per Container : 15

| | Amount Per Serving | % Daily Value** |
|---|---|---|
| Calories | 25 | |
| Calories from Fat | 10 | |
| Total Fat | 1g | 1% |
| Total Carbohydrate | < 1g | < 1% |
| | | |
| Calcium | 350mg | 7% |
| Magnesium | 200mg | 95% |
| Sodium | 320mg | 7% |
| Potassium | 70 mg | 2% |
| KetoBHBA™ | 6031mg | * |
| ß-hydroxybutyrate-butyrate salt complex | | * |
| Green Tea Leaf Extract (50 mg Caffeine) | | * |

** Percent Daily Values are based on a 2,000 calorie diet.
* Daily Value (DV) not established

OTHER INGREDIENTS: Natural Grape Juice Extract, Natural Flavor, Malic Acid, Stevia Leaf Extract, Citric Acid, Natural Grapeskin (color), Silicon Dioxide

37. Defendant has directly infringed at least claim 13 of the ’403 Patent in the United States by making, using, offering for sale, selling, and/or importing the Accused Product in violation of 35 U.S.C. § 271(a). As such, Defendant is liable for infringement of the ’403 Patent under 35 U.S.C. § 271(a).

38. Defendant is on notice of its direct and indirect infringement of the ’403 Patent, having received written notice of their infringement from AGS regarding its infringement of the ’403 Patent.

39. Defendant's acts of infringement have caused damage to Plaintiff. Plaintiff is therefore entitled to recover damages sustained as a result of Defendant's wrongful acts in an amount that is to be proven at trial.

40. Defendant has willfully infringed the '403 Patent with knowledge of the '403 Patent or was willfully blind to the '403 Patent and the risk of the Defendant's infringement.

## PRAYER FOR RELIEF

Wherefore, Plaintiff respectfully prays that the Court enter judgment in its favor and award the following relief against Defendant:

A. A judgment that Defendant has infringed one or more claims of the Asserted Patents literally and/or under the doctrine of equivalents;

B. An award of damages pursuant to 35 U.S.C. § 284;

C. Entry of an injunction against further infringement of the Asserted Patents;

D. A judgment that this is an exceptional case pursuant to 35 U.S.C. § 285 and an award of the Plaintiff's reasonable attorneys' fees and other expenses in this litigation;

E. An award of prejudgment and post-judgment interest on its damages;

F. An award of costs; and

G. Any such other and further relief as the Court deems proper.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiffs demand a jury trial on all matters triable to a jury.

DATED this 16th day of June 2022.

WOODS, FULLER, SHULTZ & SMITH P.C.

By /s/ Tim R. Shattuck

Tim R. Shattuck
PO Box 5027
300 South Phillips Avenue, Suite 300
Sioux Falls, SD 57117-5027
Phone (605) 336-3890
Fax (605) 339-3357
Email Tim.Shattuck@woodsfuller.com

Brian N. Platt (*pro hac vice* forthcoming)
bplatt@wnlaw.com
Timothy D. Nichols (*pro hac vice* forthcoming)
tnichols@wnlaw.com
WORKMAN NYDEGGER
60 East South Temple Suite 1000
Salt Lake City, UT 84111
Telephone: (801) 533-9800
Facsimile: (801) 328-1707

*Counsel for Plaintiff Axcess Global Sciences, LLC*

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

AXCESS GLOBAL SCIENCES, LLC

(b) County of Residence of First Listed Plaintiff: Salt Lake County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Tim R. Shattuck, Woods, Fuller, Shultz & Smith P.C.
300 S. Phillips Avenue, #300, Sioux Falls, SD 57104
(605) 336-3890

## DEFENDANTS

TOP NOTCH NUTRITION INC.

County of Residence of First Listed Defendant ______
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

Other:
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☒ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark
- ☐ 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit (15 USC 1681 or 1692)
- ☐ 485 Telephone Consumer Protection Act
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing ***(Do not cite jurisdictional statutes unless diversity)***:
35 U.S.C. § § 1 et. seq. (patent laws)

Brief description of cause:
Plaintiff alleges that Defendant is infringing two patents owned by Plaintiff.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*: JUDGE ______ DOCKET NUMBER ______

DATE
June 16, 2022

SIGNATURE OF ATTORNEY OF RECORD
/s/ Tim R. Shattuck

**FOR OFFICE USE ONLY**

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______