**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH DAKOTA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **AXCESS GLOBAL SCIENCES, LLC,** | § | |
| | § | **CASE NO: 4:22-CV-04080-KES** |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **JURY DEMANDED** |
| **TOP NOTCH NUTRITION INC.** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

**PLAINTIFF AXCESS GLOBAL SCIENCES, LLC FIRST AMENDED COMPLAINT**

Plaintiff Axcess Global Sciences, LLC hereby complains and alleges as follows against Defendant Top Notch Nutrition Inc.:

**THE PARTIES**

1. Plaintiff Axcess Global Sciences, LLC is a Utah limited liability company with a principal place of business at 2157 Lincoln Street, Salt Lake City, UT 84106 (hereinafter "AGS" or "Plaintiff").

2. Defendant Top Notch Nutrition Inc. is a South Dakota corporation with a principal place of business at 650 Enchanted Pines Drive., Rapid City, South Dakota 57701 (hereinafter "Top Notch" or "Defendant").

3. Defendant Top Notch, upon information and belief, does business within the State of South Dakota, is engaged in continuous and systematic business within the District of South Dakota, conducts and solicits business within this judicial district, and derives substantial revenue from the sales of its products and/or services within this judicial district. Upon information and

belief, Top Notch has sold and has made offers for sale of products that infringe, contributorily infringe, and/or induce infringement by others as hereinafter stated in South Dakota and within this judicial district.

**JURISDICTION**

4. This matter arises under the patent laws of the United States, Title 35 United States Code, §§1 et seq.

5. This Court has personal jurisdiction over Defendant as Defendant maintains a principal place of business in this judicial district, has committed and continues to commit acts of infringement in violation of 35 U.S.C. § 271 in this judicial district, and because Defendant places infringing products into the stream of commerce with the knowledge or understanding that such products are sold in the State of South Dakota and in this judicial district. In addition, the acts by Defendant cause substantial injury to Plaintiff in this judicial district. On information and belief, Defendant derives substantial revenue from its sale of infringing products within this judicial district, expects its actions to have consequences within this judicial district, and derives substantial revenue from interstate and international commerce directed to and from this judicial district. In addition, Defendant has taken advantage of the privilege of doing business in this judicial district.

6. This Court has subject matter jurisdiction under 28 U.S.C. § 1331 (federal question) and 28 U.S.C. § 1338(a) (any Act of Congress relating to patents or trademarks).

7. Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391 and 1400. Defendant is a registered limited liability company in this judicial district and Defendant is subject to personal jurisdiction in this State. On information and belief, a substantial part of the events

giving rise to the claims occurred in this judicial district, including Defendant's sale of its infringing products in this judicial district and/or shipping of products into this judicial district.

**BACKGROUND**

8. Plaintiff AGS is an innovator in the field of exogenous ketones and ketogenic precursor supplement products. These products aid the body in producing and sustaining elevated levels of ketone bodies in the blood and assist in the body's transition into nutritional ketosis. Among the Plaintiff's innovations are the inventions claimed in U.S. Patent No. 6,613,356 (the "'356 Patent"), U.S. Patent No. 10,292,952 (the "'952 Patent"), U.S. Patent No. 11,020,362 (the "'362 Patent") and U.S. Patent No. 11,241,403 (the "'403 Patent) which are attached as Exhibits A, B, C, and D, respectively (collectively the "Asserted Patents"). The Asserted Patents describe and claim compositions for increasing blood ketone levels using various compositions of beta-hydroxybutyrate salts. The claimed compositions are useful in inducing and sustaining a state of nutritional ketosis. Ketosis is defined in the '362 Patent specification as follows:

> "Ketosis" as used herein refers to a subject having blood ketone levels within the range of about 0.5 mmol/L and about 16 mmol/L in a subject. Ketosis may improve mitochondrial function, decrease reactive oxygen species production, reduce inflammation and increase the activity of neurotrophic factors.

'362 Patent, at 6:13-21, *see also* '403 Patent, at 6:13-18. Products that practice the inventions claimed in the Asserted Patents are sometimes referred to as "keto supplements."

9. Defendant sells its own keto supplement product on its website https://topnotchnutrition.com/, the Keto Magic exogenous ketone supplement shown below:




https://topnotchnutrition.com/products/keto-magic

10. Defendant has also sold its Keto Magic supplement on other third-party websites, including https://www.walmart.com/, as exemplified below:




https://www.walmart.com/ip/Keto-Magic-Activated-Exogenous-Ketone-Supplement-Powered-Patent-Pending-Blend-KETOBA-BHBs-BA-Achieve-Stay-Ketosis-Ketogenesis-Feel-Energized-Empowere/961084876

11. Defendant describes the benefits of its keto supplement product, and specifically, how its product "supports ketosis" and will help a consumer "reach ketosis in 15 minutes!":







https://topnotchnutrition.com/products/keto-magic

12. Defendant advertises that its Keto Magic supplement product includes the following ingredients:

# Supplement Facts

Serving Size : 1 Stick Pack ( 8.0 g )
Servings Per Container : 15

| | Amount Per Serving | % Daily Value** |
|---|---|---|
| Calories | 25 | |
| Calories from Fat | 10 | |
| Total Fat | 1g | 1% |
| Total Carbohydrate | < 1g | < 1% |
| | | |
| Calcium | 350mg | 7% |
| Magnesium | 200mg | 95% |
| Sodium | 320mg | 7% |
| Potassium | 70 mg | 2% |
| KetoBHBA™ | 6031mg | * |
| ß-hydroxybutyrate-butyrate salt complex | | * |
| Green Tea Leaf Extract (50 mg Caffeine) | | * |

** Percent Daily Values are based on a 2,000 calorie diet.
* Daily Value (DV) not established

OTHER INGREDIENTS: Natural Grape Juice Extract, Natural Flavor, Malic Acid, Stevia Leaf Extract, Citric Acid, Natural Grapeskin (color), Silicon Dioxide

https://topnotchnutrition.com/products/keto-magic

**COUNT I – INFRINGEMENT OF U.S. PATENT NO. 6,613,356**

13. Plaintiff incorporates all of the allegations of the preceding paragraphs as if fully set forth herein.

14. On September 2, 2003, the ’356 Patent, titled “Weight loss medication and method” was duly and legally issued. A true and correct copy of the ’356 Patent is attached as Exhibit A.

15. AGS is the owner of the ’356 Patent.

16. The ’356 Patent expired on October 10, 2020. “[A]n expired patent may form the basis of an action for past damages subject to the six-year limitation under 35 U.S.C. § 286.” *Genetics Inst., LLC v. Novartis Vaccines & Diagnostics, Inc*., 655 F.3d 1291, 1299 (Fed. Cir. 2011).

17. Before the expiration of the ’356 Patent, Defendant Top Notch made, used, offered for sale, sold, and distributed at least the Keto Magic exogenous ketone supplement product that practices the invention of the ’356 Patent (the “Accused Product”).

18. Claim 7 of the ’356 Patent, which depends from claim 1, is reproduced in full below:

> 1. A process for causing weight loss, or avoidance of weight gain, in mammals, comprising oral administration to said mammals of butyric acid or one or more pharmaceutically effective and acceptable salts or derivatives of butyric acid selected from the group consisting of/butyric acid, sodium butyrate, calcium butyrate, potassium butyrate, magnesium butyrate, alphahydroxybutyric acid, sodium alphahydroxybutyrate, calcium alphahydroxybutyrate, potassium alphahydroxybutyrate, magnesium alphahydroxybutyrate, betahydroxybutyric acid, sodium betahydroxybutyrate, calcium betahydroxybutyrate, potassium betahydroxybutyrate, magnesium betahydroxybutyrate, isobutyric acid, sodium isobutryate, calcium isobutyrate, potassium isobutyrate, and magnesium isobutyrate.
>
> 7. The process of claim 1, wherein the total amount of said butyric acid, alphahydroxybutyric acid, betahydroxybutyric acid, isobutyric acid, or their sodium, potassium, calcium, or magnesium salts administered to said mammal is greater than 0.9 grams, and equal to or less than 4.7 grams, per square meter of body surface area per day for all salts or derivatives, except for magnesium salts, wherein the upper limit for magnesium salts is 2.35 grams per square meter of body surface per day.

’356 Patent, cl. 7.

19. The Accused Product infringes at least claim 7 of the ’356 Patent in the exemplary manner described below.

20. Regarding claim 7, which depends from claim 1, the Accused Product meets the following claim limitation as shown below:

> 1. **A process for causing weight loss, or avoidance of weight gain, in mammals, comprising oral administration to said mammals** of butyric acid or one or more pharmaceutically effective and acceptable salts or derivatives of butyric acid selected from the group consisting of/butyric acid, sodium butyrate, calcium butyrate, potassium butyrate, magnesium butyrate, alphahydroxybutyric acid, sodium alphahydroxybutyrate, calcium alphahydroxybutyrate, potassium alphahydroxybutyrate, magnesium alphahydroxybutyrate, betahydroxybutyric acid, sodium betahydroxybutyrate, calcium betahydroxybutyrate, potassium betahydroxybutyrate, magnesium betahydroxybutyrate, isobutyric acid, sodium isobutryate, calcium isobutyrate, potassium isobutyrate, and magnesium isobutyrate.

’356 Patent, cl. 1.






https://topnotchnutrition.com/products/keto-magic

21. Regarding claim 7, which depends from claim 1, the Accused Product meets the following claim limitation as shown below:

> 1. A process for causing weight loss, or avoidance of weight gain, in mammals, comprising oral administration to said mammals of **butyric acid or one or more pharmaceutically effective and acceptable salts or derivatives of butyric acid selected from the group consisting of/butyric acid, sodium butyrate, calcium butyrate, potassium butyrate, magnesium butyrate, alphahydroxybutyric acid, sodium alphahydroxybutyrate, calcium alphahydroxybutyrate, potassium alphahydroxybutyrate, magnesium alphahydroxybutyrate, betahydroxybutyric acid, sodium betahydroxybutyrate, calcium betahydroxybutyrate, potassium betahydroxybutyrate, magnesium betahydroxybutyrate, isobutyric acid, sodium isobutryate, calcium isobutyrate, potassium isobutyrate, and magnesium isobutyrate.**

’356 Patent, cl. 1.

**Supplement Facts**

Serving Size : 1 Stick Pack ( 8.0 g )
Servings Per Container : 15

| | Amount Per Serving | % Daily Value** |
|---|---|---|
| Calories | 25 | |
| Calories from Fat | 10 | |
| Total Fat | 1g | 1% |
| Total Carbohydrate | <1g | < 1% |
| Calcium | 350mg | 7% |
| Magnesium | 200mg | 95% |
| Sodium | 320mg | 7% |
| Potassium | 70 mg | 2% |
| KetoBHBA™ | 6031mg | * |
| ß-hydroxybutyrate-butyrate salt complex | | * |
| Green Tea Leaf Extract (50 mg Caffeine) | | * |

** Percent Daily Values are based on a 2,000 calorie diet.
* Daily Value (DV) not established

OTHER INGREDIENTS: Natural Grape Juice Extract, Natural Flavor, Malic Acid, Stevia Leaf Extract, Citric Acid, Natural Grapeskin (color), Silicon Dioxide

https://topnotchnutrition.com/products/keto-magic

22. Regarding claim 7, which depends from claim 1, the Accused Product meets the following claim limitation as shown below:

> 7. The process of claim 1, **wherein the total amount of said butyric acid, alphahydroxybutyric acid, betahydroxybutyric acid, isobutyric acid, or their sodium, potassium, calcium, or magnesium salts administered to said mammal is greater than 0.9 grams**, and equal to or less than 4.7 grams, per square meter of body surface area per day for all salts or derivatives, except for magnesium salts, wherein the upper limit for magnesium salts is 2.35 grams per square meter of body surface per day.

’356 Patent, cl. 7.

# Supplement Facts

Serving Size : 1 Stick Pack ( 8.0 g )
Servings Per Container : 15

| | Amount Per Serving | % Daily Value** |
|---|---|---|
| Calories | 25 | |
| Calories from Fat | 10 | |
| Total Fat | 1g | 1% |
| Total Carbohydrate | <1g | < 1% |
| | | |
| Calcium | 350mg | 7% |
| Magnesium | 200mg | 95% |
| Sodium | 320mg | 7% |
| Potassium | 70 mg | 2% |
| KetoBHBA™ | 6031mg | * |
| ß-hydroxybutyrate-butyrate salt complex | | * |
| Green Tea Leaf Extract (50 mg Caffeine) | | * |

** Percent Daily Values are based on a 2,000 calorie diet.
* Daily Value (DV) not established

OTHER INGREDIENTS: Natural Grape Juice Extract, Natural Flavor, Malic Acid, Stevia Leaf Extract, Citric Acid, Natural Grapeskin (color), Silicon Dioxide

https://topnotchnutrition.com/products/keto-magic

23. Regarding claim 7, which depends from claim 1, the Accused Product meets the following claim limitation as shown below:

> 7. The process of claim 1, wherein the total amount of said butyric acid, alphahydroxybutyric acid, betahydroxybutyric acid, isobutyric acid, or their sodium, potassium, calcium, or magnesium salts administered to said mammal is greater than 0.9 grams, **and equal to or less than 4.7 grams, per square meter of body surface area per day for all salts or**

> **derivatives, except for magnesium salts,** wherein the upper limit for magnesium salts is 2.35 grams per square meter of body surface per day.

’356 Patent, cl. 7.

**Supplement Facts**

Serving Size : 1 Stick Pack ( 8.0 g )
Servings Per Container : 15

| | Amount Per Serving | % Daily Value** |
|---|---|---|
| Calories | 25 | |
| Calories from Fat | 10 | |
| Total Fat | 1g | 1% |
| Total Carbohydrate | <1g | < 1% |
| Calcium | 350mg | 7% |
| Magnesium | 200mg | 95% |
| Sodium | 320mg | 7% |
| Potassium | 70 mg | 2% |
| KetoBHBA™ | 6031mg | * |
| ß-hydroxybutyrate-butyrate salt complex | | * |
| Green Tea Leaf Extract (50 mg Caffeine) | | * |

** Percent Daily Values are based on a 2,000 calorie diet.
* Daily Value (DV) not established

OTHER INGREDIENTS: Natural Grape Juice Extract, Natural Flavor, Malic Acid, Stevia Leaf Extract, Citric Acid, Natural Grapeskin (color), Silicon Dioxide

https://topnotchnutrition.com/products/keto-magic

24. Regarding claim 7, which depends from claim 1, the Accused Product meets the following claim limitation as shown below:

> 7. The process of claim 1, wherein the total amount of said butyric acid, alphahydroxybutyric acid, betahydroxybutyric acid, isobutyric acid, or their sodium, potassium, calcium, or magnesium salts administered to said mammal

> is greater than 0.9 grams, and equal to or less than 4.7 grams, per square meter of body surface area per day for all salts or derivatives, except for magnesium salts, **wherein the upper limit for magnesium salts is 2.35 grams per square meter of body surface per day.**

’356 Patent, cl. 7.

**Supplement Facts**

Serving Size : 1 Stick Pack ( 8.0 g )
Servings Per Container : 15

| | Amount Per Serving | % Daily Value** |
|---|---|---|
| Calories | 25 | |
| Calories from Fat | 10 | |
| Total Fat | 1g | 1% |
| Total Carbohydrate | <1g | < 1% |
| | | |
| Calcium | 350mg | 7% |
| Magnesium | 200mg | 95% |
| Sodium | 320mg | 7% |
| Potassium | 70 mg | 2% |
| KetoBHBA™ | 6031mg | * |
| ß-hydroxybutyrate-butyrate salt complex | | * |
| Green Tea Leaf Extract (50 mg Caffeine) | | * |

** Percent Daily Values are based on a 2,000 calorie diet.
* Daily Value (DV) not established

OTHER INGREDIENTS: Natural Grape Juice Extract, Natural Flavor, Malic Acid, Stevia Leaf Extract, Citric Acid, Natural Grapeskin (color), Silicon Dioxide

https://topnotchnutrition.com/products/keto-magic

25. Defendants have directly infringed claim 7 of the ’356 Patent in the United States by making, using, offering for sale, selling, and/or importing the Accused Product in violation of

35 U.S.C. § 271(a). As such, Defendants are liable for infringement of the ’356 Patent under 35 U.S.C. § 271(a).

26. On information and belief, Defendants have indirectly infringed claim 7 of the ’356 Patent in the United States by inducing others to infringe the ’356 Patent by making, using, offering for sale, selling, and/or importing the Accused Product in violation of 35 U.S.C. § 271(b). As such, Defendants are liable for infringement of the ’356 Patent under 35 U.S.C. § 271(b).

27. On information and belief, Defendants knew the Accused Product was especially made for infringement of the ’356 Patent, and not to be staple articles, and not to be commodities of commerce suitable for substantial non-infringing use. Defendants are liable for contributory infringement of the ’356 Patent under 35 U.S.C. § 271(c).

28. Plaintiff provided actual notice of infringement of the claims of the ’356 Patent to Defendants’ supplier and product partner for the Accused Product.

29. Defendants’ acts of direct and indirect infringement have caused damage to Plaintiffs. Plaintiffs are therefore entitled to recover damages sustained as a result of Defendants’ wrongful acts in an amount that is to be proven at trial.

**COUNT II – INFRINGEMENT OF U.S. PATENT NO. 10,292,952**

30. Plaintiff incorporates all of the allegations of the preceding paragraphs as if fully set forth herein.

31. On May 21, 2019, the ’952 Patent, titled “Beta-hydroxybutyrate mixed salt compositions and methods of use” was duly and legally issued. A true and correct copy of the ’952 Patent is attached as Exhibit B.

32. AGS is the owner of the ’952 Patent.

33. Defendant Top Notch makes, uses, offers for sale, sells, and distributes the Accused Product which practices the invention of the ’952 Patent.

34. Exemplary claim 19 of the ’952 Patent is reproduced below:

> 19. A composition for maintaining or restoring electrolyte balance while promoting or sustaining ketosis in a mammal, the composition comprising:
>
> a beta-hydroxybutyrate mixed salt formulated from a plurality of different cations and a single anion, wherein the single anion is beta-hydroxybutyrate, and wherein other anions are omitted from the beta-hydroxybutyrate mixed salt, the cations being formulated so as to provide a biologically balanced set of cationic electrolytes upon administration to a mammal,
>
> the beta-hydroxybutyrate mixed salt comprising at least three salts selected from the group consisting of:
>
> 10-70% by weight of sodium beta-hydroxybutyrate;
>
> 10-70% by weight of potassium beta-hydroxybutyrate;
>
> 10-70% by weight of calcium beta-hydroxybutyrate; and
>
> 10-70% by weight of magnesium beta-hydroxybutyrate;
>
> wherein the beta-hydroxybutyrate mixed salt is in solid and/or powder form.

’952 Patent, claim 19.

35. The Accused Product infringes at least claim 19 of the ’952 Patent in the exemplary manner described below.

36. To the extent the preamble of claim 19 is limiting, the Accused Product meets the preamble of claim 19 as set forth below:

> 19. **A composition for maintaining or restoring electrolyte balance while promoting or sustaining ketosis in a mammal, the composition comprising:**

> a beta-hydroxybutyrate mixed salt formulated from a plurality of different cations and a single anion, wherein the single anion is beta-hydroxybutyrate, and wherein other anions are omitted from the beta-hydroxybutyrate mixed salt, the cations being formulated so as to provide a biologically balanced set of cationic electrolytes upon administration to a mammal,
>
> the beta-hydroxybutyrate mixed salt comprising at least three salts selected from the group consisting of:
>
> 10-70% by weight of sodium beta-hydroxybutyrate;
>
> 10-70% by weight of potassium beta-hydroxybutyrate;
>
> 10-70% by weight of calcium beta-hydroxybutyrate; and
>
> 10-70% by weight of magnesium beta-hydroxybutyrate;
>
> wherein the beta-hydroxybutyrate mixed salt is in solid and/or powder form.

’952 Patent, claim 19.




https://topnotchnutrition.com/products/keto-magic

37. The Accused Product further meets the limitations of claim 19 as set forth below:

> 19. A composition for maintaining or restoring electrolyte balance while promoting or sustaining ketosis in a mammal, the composition comprising:

> **a beta-hydroxybutyrate mixed salt formulated from a plurality of different cations and a single anion, wherein the single anion is beta-hydroxybutyrate, and wherein other anions are omitted from the beta-hydroxybutyrate mixed salt, the cations being formulated so as to provide a biologically balanced set of cationic electrolytes upon administration to a mammal,**
>
> the beta-hydroxybutyrate mixed salt comprising at least three salts selected from the group consisting of:
>
> 10-70% by weight of sodium beta-hydroxybutyrate;
>
> 10-70% by weight of potassium beta-hydroxybutyrate;
>
> 10-70% by weight of calcium beta-hydroxybutyrate; and
>
> 10-70% by weight of magnesium beta-hydroxybutyrate;
>
> wherein the beta-hydroxybutyrate mixed salt is in solid and/or powder form.

’952 Patent, claim 19.

| | | |
|---|---|---|
| Calcium | 350mg | 7% |
| Magnesium | 200mg | 95% |
| Sodium | 320mg | 7% |
| Potassium | 70 mg | 2% |
| KetoBHBA™ | 6031mg | * |
| ß-hydroxybutyrate-butyrate salt complex | | * |
| Green Tea Leaf Extract (50 mg Caffeine) | | * |

** Percent Daily Values are based on a 2,000 calorie diet.
* Daily Value (DV) not established

OTHER INGREDIENTS: Natural Grape Juice Extract, Natural Flavor, Malic Acid, Stevia Leaf Extract, Citric Acid, Natural Grapeskin (color), Silicon Dioxide

https://topnotchnutrition.com/products/keto-magic

38. The Accused Product further meets the limitations of claim 19 as set forth below:

> 19. A composition for maintaining or restoring electrolyte balance while promoting or sustaining ketosis in a mammal, the composition comprising:
>
> a beta-hydroxybutyrate mixed salt formulated from a plurality of different cations and a single anion, wherein the single anion is beta-hydroxybutyrate, and wherein other anions are omitted from the beta-hydroxybutyrate mixed salt, the cations being formulated so as to provide a biologically balanced set of cationic electrolytes upon administration to a mammal,
>
> the beta-hydroxybutyrate mixed salt comprising **at least three salts** selected from the group consisting of:
>
> **10-70% by weight of sodium beta-hydroxybutyrate**;
>
> 10-70% by weight of potassium beta-hydroxybutyrate;
>
> **10-70% by weight of calcium beta-hydroxybutyrate**; and
>
> **10-70% by weight of magnesium beta-hydroxybutyrate**;
>
> wherein the beta-hydroxybutyrate mixed salt is in solid and/or powder form.

’952 Patent, claim 19.

| | | |
|---|---|---|
| Calcium | 350mg | 7% |
| Magnesium | 200mg | 95% |
| Sodium | 320mg | 7% |
| Potassium | 70 mg | 2% |
| KetoBHBA™ | 6031mg | * |
| ß-hydroxybutyrate-butyrate salt complex | | * |
| Green Tea Leaf Extract (50 mg Caffeine) | | * |
| ** Percent Daily Values are based on a 2,000 calorie diet.<br>* Daily Value (DV) not established | | |

OTHER INGREDIENTS: Natural Grape Juice Extract, Natural Flavor, Malic Acid, Stevia Leaf Extract, Citric Acid, Natural Grapeskin (color), Silicon Dioxide

https://topnotchnutrition.com/products/keto-magic

39. The Accused Product further meets the limitations of claim 19 as set forth below:

19. A composition for maintaining or restoring electrolyte balance while promoting or sustaining ketosis in a mammal, the composition comprising:

a beta-hydroxybutyrate mixed salt formulated from a plurality of different cations and a single anion, wherein the single anion is beta-hydroxybutyrate, and wherein other anions are omitted from the beta-hydroxybutyrate mixed salt, the cations being formulated so as to provide a biologically balanced set of cationic electrolytes upon administration to a mammal,

the beta-hydroxybutyrate mixed salt comprising at least three salts selected from the group consisting of:

10-70% by weight of sodium beta-hydroxybutyrate;

10-70% by weight of potassium beta-hydroxybutyrate;

10-70% by weight of calcium beta-hydroxybutyrate; and

10-70% by weight of magnesium beta-hydroxybutyrate;

**wherein the beta-hydroxybutyrate mixed salt is in solid and/or powder form.**

’952 Patent, claim 19.




https://www.facebook.com/livetopnotch/videos/keto-magic-/171266970444627/

40. Defendant has directly infringed at least claim 19 of the ’952 Patent in the United States by making, using, offering for sale, selling, and/or importing the Accused Product in violation of 35 U.S.C. § 271(a). As such, Defendant is liable for infringement of the ’952 Patent under 35 U.S.C. § 271(a).

41. Defendant is on notice of its direct and indirect infringement of the ’952 Patent, at least as of the filing of the First Amended Complaint.

42. Defendant's acts of infringement have caused and continue to cause damage to Plaintiff. Plaintiff is therefore entitled to recover damages sustained as a result of Defendant's wrongful acts in an amount that is to be proven at trial.

**COUNT III – INFRINGEMENT OF U.S. PATENT NO. 11,020,362**

43. Plaintiff incorporates all of the allegations of the preceding paragraphs as if fully set forth herein.

44. On June 1, 2021, the '362 Patent, titled "Beta-hydroxybutyrate mixed salt compositions and methods of use" was duly and legally issued. A true and correct copy of the '362 Patent is attached as Exhibit C.

45. AGS is the owner of the '362 Patent.

46. Defendant Top Notch makes, uses, offers for sale, sells, and distributes the Keto Magic exogenous ketone supplement product that practices the invention of the '362 Patent (the "Accused Product").

47. Exemplary claim 1 of the '362 Patent is reproduced below:

1. A composition for increasing blood ketone level in a subject, comprising:

   at least three beta-hydroxybutyrate salts selected from:

      sodium beta-hydroxybutyrate;

      potassium beta-hydroxybutyrate;

      calcium beta-hydroxybutyrate; and

      magnesium beta-hydroxybutyrate;

   wherein the composition is in solid and/or powder form,

> wherein the composition is free of medium chain fatty acids having 6 to 12 carbons and glycerides or other esters thereof.

’362 Patent, claim 1.

48. The Accused Product infringes at least claim 1 of the ’362 Patent in the exemplary manner described below.

49. To the extent the preamble of claim 1 is limiting, the Accused Product meets the preamble of claim 1 as set forth below:

> 1. **A composition for increasing blood ketone level in a subject, comprising:**
>
> at least three beta-hydroxybutyrate salts selected from:
>
> sodium beta-hydroxybutyrate;
>
> potassium beta-hydroxybutyrate;
>
> calcium beta-hydroxybutyrate; and
>
> magnesium beta-hydroxybutyrate;
>
> wherein the composition is in solid and/or powder form,
>
> wherein the composition is free of medium chain fatty acids having 6 to 12 carbons and glycerides or other esters thereof.

’362 Patent, claim 1.




https://topnotchnutrition.com/products/keto-magic

50. The Accused Product further meets the limitations of claim 1 as set forth below:

> 1. A composition for increasing blood ketone level in a subject, comprising:
>
> **at least three beta-hydroxybutyrate salts selected from:**
>
> **sodium beta-hydroxybutyrate;**
>
> **potassium beta-hydroxybutyrate;**
>
> **calcium beta-hydroxybutyrate; and**
>
> **magnesium beta-hydroxybutyrate;**
>
> wherein the composition is in solid and/or powder form,
>
> wherein the composition is free of medium chain fatty acids having 6 to 12 carbons and glycerides or other esters thereof.

’362 Patent, claim 1.

# Supplement Facts

Serving Size : 1 Stick Pack ( 8.0 g )
Servings Per Container : 15

| | Amount Per Serving | % Daily Value** |
|---|---|---|
| Calories | 25 | |
| Calories from Fat | 10 | |
| Total Fat | 1g | 1% |
| Total Carbohydrate | <1g | < 1% |
| | | |
| Calcium | 350mg | 7% |
| Magnesium | 200mg | 95% |
| Sodium | 320mg | 7% |
| Potassium | 70 mg | 2% |
| KetoBHBA™ | 6031mg | * |
| ß-hydroxybutyrate-butyrate salt complex | | * |
| Green Tea Leaf Extract (50 mg Caffeine) | | * |

** Percent Daily Values are based on a 2,000 calorie diet.
* Daily Value (DV) not established

OTHER INGREDIENTS: Natural Grape Juice Extract, Natural Flavor, Malic Acid, Stevia Leaf Extract, Citric Acid, Natural Grapeskin (color), Silicon Dioxide

https://topnotchnutrition.com/products/keto-magic

51. The Accused Product further meets the limitations of claim 1 as set forth below:

1. A composition for increasing blood ketone level in a subject, comprising:

at least three beta-hydroxybutyrate salts selected from:

sodium beta-hydroxybutyrate;

potassium beta-hydroxybutyrate;

calcium beta-hydroxybutyrate; and

magnesium beta-hydroxybutyrate;

**wherein the composition is in solid and/or powder form,**

wherein the composition is free of medium chain fatty acids having 6 to 12 carbons and glycerides or other esters thereof.

’362 Patent, claim 1.




https://www.facebook.com/livetopnotch/videos/keto-magic-/171266970444627/

52. The Accused Product further meets the limitations of claim 1 as set forth below:

1. A composition for increasing blood ketone level in a subject, comprising:

at least three beta-hydroxybutyrate salts selected from:

sodium beta-hydroxybutyrate;

potassium beta-hydroxybutyrate;

calcium beta-hydroxybutyrate; and

magnesium beta-hydroxybutyrate;

wherein the composition is in solid and/or powder form,

**wherein the composition is free of medium chain fatty acids having 6 to 12 carbons and glycerides or other esters thereof.**

’362 Patent, claim 1.

# Supplement Facts

Serving Size : 1 Stick Pack ( 8.0 g )
Servings Per Container : 15

| | Amount Per Serving | % Daily Value** |
|---|---|---|
| Calories | 25 | |
| Calories from Fat | 10 | |
| Total Fat | 1g | 1% |
| Total Carbohydrate | < 1g | < 1% |
| | | |
| Calcium | 350mg | 7% |
| Magnesium | 200mg | 95% |
| Sodium | 320mg | 7% |
| Potassium | 70 mg | 2% |
| KetoBHBA™ | 6031mg | * |
| ß-hydroxybutyrate-butyrate salt complex | | * |
| Green Tea Leaf Extract (50 mg Caffeine) | | * |

** Percent Daily Values are based on a 2,000 calorie diet.
* Daily Value (DV) not established

OTHER INGREDIENTS: Natural Grape Juice Extract, Natural Flavor, Malic Acid, Stevia Leaf Extract, Citric Acid, Natural Grapeskin (color), Silicon Dioxide

https://topnotchnutrition.com/products/keto-magic

53. Defendant has directly infringed at least claim 1 of the ’362 Patent in the United States by making, using, offering for sale, selling, and/or importing the Accused Product in violation of 35 U.S.C. § 271(a). As such, Defendant is liable for infringement of the ’362 Patent under 35 U.S.C. § 271(a).

54. Defendant is on notice of its direct and indirect infringement of the ’362 Patent, having received written notice of their infringement from AGS regarding their infringement of the ’362 Patent.

55. Defendant’s acts of infringement have caused damage to Plaintiff. Plaintiff is therefore entitled to recover damages sustained as a result of Defendant’s wrongful acts in an amount that is to be proven at trial.

56. Defendant has willfully infringed the ’362 Patent with knowledge of the ’362 Patent or was willfully blind to the ’362 Patent and the risk of the Defendant’s infringement.

**COUNT IV – INFRINGEMENT OF U.S. PATENT NO. 11,241,403**

57. Plaintiff incorporates all of the allegations of the preceding paragraphs as if fully set forth herein.

58. On February 8, 2022, the ’403 Patent, titled “Beta-hydroxybutyrate mixed salt compositions and methods of use” was duly and legally issued. A true and correct copy of the ‘403 Patent is attached as Exhibit B.

59. AGS is the owner of the ’403 Patent.

60. Defendant Top Notch makes, uses, offers for sale, sells, and distributes the Accused Product which practices the invention of the ’403 Patent.

61. Exemplary claim 13 of the ’403 Patent is reproduced below:

13. A composition for increasing blood ketone level in a subject, comprising:

at least one beta-hydroxybutyrate salts selected from:

calcium beta-hydroxybutyrate; and

magnesium beta-hydroxybutyrate; and

at least one other beta-hydroxybutyrate salt selected from:

sodium beta-hydroxybutyrate;

potassium beta-hydroxybutyrate;

calcium beta-hydroxybutyrate;

magnesium beta-hydroxybutyrate; and

amino acid salts of beta-hydroxybutyrate,

wherein the composition comprises a greater total weight of calcium and magnesium beta-hydroxybutyrate salts than a total weight of sodium and potassium beta-hydroxybutyrate salts,

wherein the composition is free of medium chain fatty acids having 6 to 12 carbons and glycerides or other esters thereof.

’403 Patent, claim 13.

62. The Accused Product infringes at least claim 13 of the ’403 Patent in the exemplary manner described below.

63. To the extent the preamble of claim 13 is limiting, the Accused Product meets the preamble of claim 13 as set forth below:

13. **A composition for increasing blood ketone level in a subject, comprising**:

at least one beta-hydroxybutyrate salts selected from:

calcium beta-hydroxybutyrate; and

magnesium beta-hydroxybutyrate; and

at least one other beta-hydroxybutyrate salt selected from:

sodium beta-hydroxybutyrate;

potassium beta-hydroxybutyrate;

calcium beta-hydroxybutyrate;

magnesium beta-hydroxybutyrate; and

amino acid salts of beta-hydroxybutyrate,

wherein the composition comprises a greater total weight of calcium and magnesium beta-hydroxybutyrate salts than a total weight of sodium and potassium beta-hydroxybutyrate salts,

wherein the composition is free of medium chain fatty acids having 6 to 12 carbons and glycerides or other esters thereof.

’403 Patent, claim 13.




64. The Accused Product further meets the limitations of claim 13 as set forth below:

13. A composition for increasing blood ketone level in a subject, comprising:

**at least one beta-hydroxybutyrate salts selected from:**

**calcium beta-hydroxybutyrate; and**

**magnesium beta-hydroxybutyrate; and**

**at least one other beta-hydroxybutyrate salt selected from:**

**sodium beta-hydroxybutyrate;**

**potassium beta-hydroxybutyrate;**

**calcium beta-hydroxybutyrate;**

**magnesium beta-hydroxybutyrate; and**

**amino acid salts of beta-hydroxybutyrate**,

wherein the composition comprises a greater total weight of calcium and magnesium beta-hydroxybutyrate salts than a total weight of sodium and potassium beta-hydroxybutyrate salts,

wherein the composition is free of medium chain fatty acids having 6 to 12 carbons and glycerides or other esters thereof.

’403 Patent, claim 13.

# Supplement Facts

Serving Size : 1 Stick Pack ( 8.0 g )
Servings Per Container : 15

| | Amount Per Serving | % Daily Value** |
|---|---|---|
| Calories | 25 | |
| Calories from Fat | 10 | |
| Total Fat | 1g | 1% |
| Total Carbohydrate | <1g | < 1% |
| | | |
| Calcium | 350mg | 7% |
| Magnesium | 200mg | 95% |
| Sodium | 320mg | 7% |
| Potassium | 70 mg | 2% |
| KetoBHBA™ | 6031mg | * |
| ß-hydroxybutyrate-butyrate salt complex | | * |
| Green Tea Leaf Extract (50 mg Caffeine) | | * |

** Percent Daily Values are based on a 2,000 calorie diet.
* Daily Value (DV) not established

OTHER INGREDIENTS: Natural Grape Juice Extract, Natural Flavor, Malic Acid, Stevia Leaf Extract, Citric Acid, Natural Grapeskin (color), Silicon Dioxide

65. The Accused Product further meets the limitations of claim 13 as set forth below:

> 13. A composition for increasing blood ketone level in a subject, comprising:
>
> at least one beta-hydroxybutyrate salts selected from:
>
> calcium beta-hydroxybutyrate; and
>
> magnesium beta-hydroxybutyrate; and
>
> at least one other beta-hydroxybutyrate salt selected from:
>
> sodium beta-hydroxybutyrate;

potassium beta-hydroxybutyrate;

calcium beta-hydroxybutyrate;

magnesium beta-hydroxybutyrate; and

amino acid salts of beta-hydroxybutyrate,

**wherein the composition comprises a greater total weight of calcium and magnesium beta-hydroxybutyrate salts than a total weight of sodium and potassium beta-hydroxybutyrate salts**,

wherein the composition is free of medium chain fatty acids having 6 to 12 carbons and glycerides or other esters thereof.

'403 Patent, claim 13.

**Supplement Facts**

Serving Size : 1 Stick Pack ( 8.0 g )
Servings Per Container : 15

| | Amount Per Serving | % Daily Value** |
|---|---|---|
| Calories | 25 | |
| Calories from Fat | 10 | |
| Total Fat | 1g | 1% |
| Total Carbohydrate | < 1g | < 1% |
| Calcium | 350mg | 7% |
| Magnesium | 200mg | 95% |
| Sodium | 320mg | 7% |
| Potassium | 70 mg | 2% |
| KetoBHBA™ | 6031mg | * |
| ß-hydroxybutyrate-butyrate salt complex | | * |
| Green Tea Leaf Extract (50 mg Caffeine) | | * |

** Percent Daily Values are based on a 2,000 calorie diet.
* Daily Value (DV) not established

OTHER INGREDIENTS: Natural Grape Juice Extract, Natural Flavor, Malic Acid, Stevia Leaf Extract, Citric Acid, Natural Grapeskin (color), Silicon Dioxide

66. The Accused Product further meets the limitations of claim 13 as set forth below:

> 13. A composition for increasing blood ketone level in a subject, comprising:
>
> at least one beta-hydroxybutyrate salts selected from:
>
> calcium beta-hydroxybutyrate; and
>
> magnesium beta-hydroxybutyrate; and
>
> at least one other beta-hydroxybutyrate salt selected from:
>
> sodium beta-hydroxybutyrate;
>
> potassium beta-hydroxybutyrate;
>
> calcium beta-hydroxybutyrate;
>
> magnesium beta-hydroxybutyrate; and
>
> amino acid salts of beta-hydroxybutyrate,
>
> wherein the composition comprises a greater total weight of calcium and magnesium beta-hydroxybutyrate salts than a total weight of sodium and potassium beta-hydroxybutyrate salts,
>
> **wherein the composition is free of medium chain fatty acids having 6 to 12 carbons and glycerides or other esters thereof**.

’403 Patent, claim 13.



# Supplement Facts

Serving Size : 1 Stick Pack ( 8.0 g )
Servings Per Container : 15

| | Amount Per Serving | % Daily Value** |
|---|---|---|
| Calories | 25 | |
| Calories from Fat | 10 | |
| Total Fat | 1g | 1% |
| Total Carbohydrate | < 1g | < 1% |
| | | |
| Calcium | 350mg | 7% |
| Magnesium | 200mg | 95% |
| Sodium | 320mg | 7% |
| Potassium | 70 mg | 2% |
| KetoBHBA™ | 6031mg | * |
| ß-hydroxybutyrate-butyrate salt complex | | * |
| Green Tea Leaf Extract (50 mg Caffeine) | | * |

** Percent Daily Values are based on a 2,000 calorie diet.
* Daily Value (DV) not established

OTHER INGREDIENTS: Natural Grape Juice Extract, Natural Flavor, Malic Acid, Stevia Leaf Extract, Citric Acid, Natural Grapeskin (color), Silicon Dioxide

67. Defendant has directly infringed at least claim 13 of the ’403 Patent in the United States by making, using, offering for sale, selling, and/or importing the Accused Product in violation of 35 U.S.C. § 271(a). As such, Defendant is liable for infringement of the ’403 Patent under 35 U.S.C. § 271(a).

68. Defendant is on notice of its direct and indirect infringement of the ’403 Patent, having received written notice of their infringement from AGS regarding its infringement of the ’403 Patent.

69. Defendant's acts of infringement have caused damage to Plaintiff. Plaintiff is therefore entitled to recover damages sustained as a result of Defendant's wrongful acts in an amount that is to be proven at trial.

70. Defendant has willfully infringed the '403 Patent with knowledge of the '403 Patent or was willfully blind to the '403 Patent and the risk of the Defendant's infringement.

## PRAYER FOR RELIEF

Wherefore, Plaintiff respectfully prays that the Court enter judgment in its favor and award the following relief against Defendant:

A. A judgment that Defendant has infringed one or more claims of the Asserted Patents literally and/or under the doctrine of equivalents;

B. An award of damages pursuant to 35 U.S.C. § 284;

C. Entry of an injunction against further infringement of the Asserted Patents;

D. A judgment that this is an exceptional case pursuant to 35 U.S.C. § 285 and an award of the Plaintiff's reasonable attorneys' fees in this litigation;

E. An award of prejudgment and post-judgment interest on its damages;

F. An award of costs; and

G. Any such other and further relief as the Court deems proper.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiffs demand a jury trial on all matters triable to a jury.

DATED this 8th day of August 2022.

Respectfully submitted,

WOODS, FULLER SHULTZ & SMITH P.C.

By: /s/ Tim R. Shattuck
Tim R. Shattuck
300 South Phillips Avenue, Suite 300
Sioux Falls, SD 57104
Telephone: (605) 336-3890
Facsimile: (605) 339-3357

Brian N. Platt (*Admitted pro hac vice*)
bplatt@wnlaw.com
Timothy D. Nichols (*Admitted pro hac vice*)
tnichols@wnlaw.com
WORKMAN NYDEGGER
60 East South Temple Suite 1000
Salt Lake City, UT 84111
Telephone: (801) 533-9800
Facsimile: (801) 328-1707

*Counsel for Plaintiff Axcess Global Sciences, LLC*